Dean Lloyd, Bar No. 104647
Kendall Coffman, Bar No. 190262
Law Offices of Dean Lloyd
445 Sherman Ave., Suite I
Palo Alto, CA 94306
Telephone: (650) 328-1664
Fax: (650) 328-1666
E-mail: kendall@legaljaws.com

Attorney for Defendants,
Dean Lloyd, an individual
Dean Lloyd, A Professional Law Corporation

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | BK Case No. 04-52791 |
| Christopher F. Wuillemin, | Adversary No. 04-05326 |
| Debtor, | **Status Conference Statement** |
| Christopher F. Wuillemin, Nathaniel Basola Sobayo | Judge Weissbrodt |
| Plaintiffs | Date: December 16, 2004 |
| vs. | Time: 2:15 p.m. |
| Dean Lloyd, et. al., | |
| Defendants | |

Defendant DEAN LLOYD, an individual, and DEAN LLOYD, A PROFESSIONAL LAW CORPORATION, hereby submits its status conference statement in the above-captioned matter.

1    On November 18, 2004, the Court heard the defendant's motion to dismiss the Complaint
2    of Plaintiffs Christopher F. Wuillemin and Nathaniel Basola Sobayo, for insufficiency of service
3    of process, and for failure to state a claim for relief; or, in the alternative, for summary judgment.
4    The Court found that the claims of Christopher F. Wuillemin were dismissed by the
5    bankruptcy trustee, John Richardson, who is represented by attorney Charles Maher.
6    Furthermore, the Court indicated that with respect to defendants Valley of California Inc., dba
7    Coldwell Banker Residential Brokerage, and Zailey Fox, the Court does not have subject matter
8    jurisdiction over the claims asserted by Plaintiff Sobayo.
9    The Court therefore advised that it will issue an Order to Show Cause, as to why the
10   Complaint of Plaintiffs Wuillemin and Sobayo should not be dismissed as to all defendants. The
11   Order to Show Cause has not been issued at this time. The motion of defendant DEAN LLOYD,
12   and individual, and DEAN LLOYD A PROFESSIONAL LAW CORPORATION, to dismiss the
13   Plaintiffs' Complaint, was continued to February 10, 2005, at 2:15 PM.

Respectfully submitted,

Dated: December 8, 2004

_____
Dean Lloyd, Esq., Attorney for Defendants